# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2566

_____

| | | |
|---|---|---|
| Reginald P. Burgess, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| Karen D. Sparks, J.D., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Peninsula Marina, LLC, (Glenborough) | * | District of Minnesota. |
| a California limited liability corporation; | * | |
| Ira Ruskin, individually and in his | * | |
| official capacity as Mayor of Redwood | * | [UNPUBLISHED] |
| City, CA; Peter Karagiannis, a national | * | |
| of Canada; Janet Sailor, individually | * | |
| and in her official capacity as Vice | * | |
| President of the California Boat Owners | * | |
| Association; Betsy Vegso, individually | * | |
| and in her official capacity as Associate | * | |
| Director, Peninsula Conflict Resolution | * | |
| Center; Does 1 to 100, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 3, 2001
Filed: October 4, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Reginald Burgess appeals the district court's dismissal of his action, without prejudice, for lack of personal jurisdiction and improper venue. He also appeals the denial of his Federal Rule of Civil Procedure 60(b) motion. Upon de novo review, we affirm the dismissal for the reasons stated in the district court's opinion; and we find no abuse of discretion in the court's denial of the Rule 60(b) motion. See 8th Cir. R. 47B. We deny Burgess's pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.